| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Lawrence Edward Robinson |
| Case No.: | |
| Loan No.: | |
| Our File No.: | |
| Collateral: | 125 Woodcrest Circle, Allentown, PA 18103 |

**PAYMENTS RECEIVED**

Loan Status as of: 1/6/2022
Initial Due Date: 11/1/2017

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 11/1/2017 | $ 976.44 | $ - | $ (976.44) | Payment Accrued |
| 11/2/2017 | $ 976.44 | | | $ - | $ 976.44 | Funds Received |
| | $ - | 12/1/2017 | $ 976.44 | $ - | $ (976.44) | Payment Accrued |
| 12/12/2017 | $ 976.44 | | | $ - | $ 976.44 | Funds Received |
| | $ - | 1/1/2018 | $ 976.44 | $ - | $ (976.44) | Payment Accrued |
| 1/7/2018 | $ 976.44 | | | $ - | $ 976.44 | Funds Received |
| | $ - | 2/1/2018 | $ 976.44 | $ - | $ (976.44) | Payment Accrued |
| 2/14/2018 | $ 976.44 | | | $ - | $ 976.44 | Funds Received |
| | $ - | 3/1/2018 | $ 1,049.67 | $ - | $ (1,049.67) | Payment Accrued |
| 3/16/2018 | $ 1,049.67 | | | $ - | $ 1,049.67 | Funds Received |
| | $ - | 4/1/2018 | $ 1,049.67 | $ - | $ (1,049.67) | Payment Accrued |
| 4/13/2018 | $ 1,049.67 | | | $ - | $ 1,049.67 | Funds Received |
| | $ - | 5/1/2018 | $ 1,049.67 | $ - | $ (1,049.67) | Payment Accrued |
| 5/13/2018 | $ 1,049.67 | | | $ - | $ 1,049.67 | Funds Received |
| | $ - | 6/1/2018 | $ 1,049.67 | $ - | $ (1,049.67) | Payment Accrued |
| 6/8/2018 | $ 1,049.67 | | | $ - | $ 1,049.67 | Funds Received |
| | $ - | 7/1/2018 | $ 1,058.17 | $ - | $ (1,058.17) | Payment Accrued |
| 7/10/2018 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 8/1/2018 | $ 1,058.17 | $ - | $ (1,058.17) | Payment Accrued |
| 8/12/2018 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 9/1/2018 | $ 1,058.17 | $ - | $ (1,058.17) | Payment Accrued |
| 9/18/2018 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 10/1/2018 | $ 1,058.17 | $ - | $ (1,058.17) | Payment Accrued |
| 10/12/2018 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 11/1/2018 | $ 1,058.17 | $ - | $ (1,058.17) | Payment Accrued |
| 11/14/2018 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 12/1/2018 | $ 1,058.17 | $ - | $ (1,058.17) | Payment Accrued |
| 12/18/2018 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 1/1/2019 | $ 1,067.70 | $ - | $ (1,067.70) | Payment Accrued |
| 1/23/2019 | $ 1,067.00 | | | $ - | $ 1,067.00 | Funds Received |
| | $ - | 2/1/2019 | $ 1,067.70 | $ - | $ (1,067.70) | Payment Accrued |
| 2/24/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 3/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 3/24/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 4/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 4/14/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 5/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 5/16/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 6/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 6/23/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 7/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 7/28/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 8/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 8/23/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 9/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 10/1/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 10/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 10/23/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 11/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 11/22/2019 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 12/1/2019 | $ 1,095.83 | $ - | $ (1,095.83) | Payment Accrued |
| 12/31/2019 | $ 1,149.43 | | | $ - | $ 1,149.43 | Funds Received |

| Date | Amount | Due Date | Amount Due | | Balance | Description |
|---|---|---|---|---|---|---|
| | $ - | 1/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 1/16/2020 | $ 1,149.43 | | | $ - | $ 1,149.43 | Funds Received |
| | $ - | 2/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 2/12/2020 | $ 1,149.43 | | | $ - | $ 1,149.43 | Funds Received |
| | $ - | 3/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 3/25/2020 | $ 1,058.17 | | | $ - | $ 1,058.17 | Funds Received |
| | $ - | 4/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 4/10/2020 | $ 1,149.43 | | | $ - | $ 1,149.43 | Funds Received |
| | $ - | 5/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| | $ - | 6/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| | $ - | 7/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 7/2/2020 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| 7/20/2020 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 8/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| | $ - | 9/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 9/25/2020 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 10/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| | $ - | 11/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 11/4/2020 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 12/1/2020 | $ 1,149.43 | $ - | $ (1,149.43) | Payment Accrued |
| 12/22/2020 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| | $ - | 1/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 1/5/2021 | $ 1,095.83 | | | $ - | $ 1,095.83 | Funds Received |
| 1/20/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 2/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| | $ - | 3/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 3/3/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| 3/31/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 4/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| | $ - | 5/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 5/4/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| 5/28/2021 | $ 200.00 | | | $ - | $ 200.00 | Funds Received |
| | $ - | 6/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 6/2/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 7/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 7/23/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 8/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 8/16/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 9/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| | $ - | 10/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 10/18/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 11/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 11/3/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 12/1/2021 | $ 1,204.96 | $ - | $ (1,204.96) | Payment Accrued |
| 12/30/2021 | $ 1,204.96 | | | $ - | $ 1,204.96 | Funds Received |
| | $ - | 1/1/2022 | $ 1,167.72 | $ - | $ (1,167.72) | Payment Accrued |
| **Total:** | **$ 50,959.23** | | **$ 56,967.56** | **$ -** | **$ (6,008.33)** | |

| Delinquent Payments | | Days Delinquent: | 158 | | |
|---|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | | Total Due |
| 8/1/2021 | $ 604.20 | $ 600.76 | $ - | $ | 1,204.96 |
| 9/1/2021 | $ 604.20 | $ 600.76 | $ - | $ | 1,204.96 |
| 10/1/2021 | $ 604.20 | $ 600.76 | $ - | $ | 1,204.96 |
| 11/1/2021 | $ 604.20 | $ 600.76 | $ - | $ | 1,204.96 |
| 12/1/2021 | $ 604.20 | $ 600.76 | $ - | $ | 1,204.96 |
| 1/1/2022 | $ 604.20 | $ 563.52 | $ - | $ | 1,167.72 |
| Delinquency | | | | $ | 7,192.52 |
| Less Suspense | | | | $ | 1,184.19 |
| Total Delinquency | | | | $ | 6,008.33 |