United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17244-pmm

Lawrence Edward Robinson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Apr 04, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lawrence Edward Robinson, 125 Woodcrest Cir, Allentown, PA 18103-5832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4 bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
     on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust jschwartz@mesterschwartz.com

JOHN EVERETT COOK
     on behalf of Debtor Lawrence Edward Robinson bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

REBECCA ANN SOLARZ
     on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
     on behalf of Creditor HSBC Bank USA  National Association As Trustee et al bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
        on behalf of Creditor HSBC Bank USA  National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
        on behalf of Creditor HSBC Bank USA  National Association As Trustee et al robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

THOMAS SONG
        on behalf of Creditor HSBC Bank USA  National Association As Trustee et al tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

Case 17-17244-pmm    Doc 83    Filed 04/06/22    Entered 04/07/22 00:30:19    Desc Imaged
Certificate of Notice    Page 2 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lawrence Edward Robinson a/k/a Lawrence E. Robinson a/k/a Lawrence Robinson<br>Debtor | CHAPTER 13 |
| Specialized Loan Servicing, LLC as servicer for HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4<br>Movant<br>vs. | NO. 17-17244 PMM<br><br>11 U.S.C. Section 362 |
| Lawrence Edward Robinson a/k/a Lawrence E. Robinson a/k/a Lawrence Robinson<br>Debtor | |
| Scott F. Waterman, Esquire<br>Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,971.85** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | January 2022 to March 2022 at $1,167.72/month |
| Suspense Balance: | $569.31 |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$3,971.85** |

2. The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$3,971.85.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$3,971.85** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due April 1, 2022 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,167.72 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   March 14, 2022                  By: /s/ Rebecca A. Solarz, Esquire
                                        Attorney for Movant


Date:   3/28/22
                                        John Everett Cook, Esquire
                                        Attorney for Debtor

Date:   3/30/22
                                        Scott F. Waterman, Esquire
                                        Chapter 13 Trustee


Approved by the Court this 2nd day of March, 2022. However, the court retains discretion regarding entry of any further order

                                        /s/ Patricia M. Mayer
                                        _____
                                        Bankruptcy Judge
                                        Patricia M. Mayer