IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    LAWRENCE EDWARD ROBINSON    :
                                                            :    Chapter 13
                                                            :    Case No. 17-17244-pmm
          Debtor(s)

## CERTIFICATE OF SERVICE

      I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtors' First Amended upon the creditors and parties-in-interested listed below:

Standing Chapter 13 Trustee
Scott F. Waterman, Esquie
2901 St. Lawrence Ave., Suite 100
Reading, PA  19606

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106


                                        Respectfully submitted:


Dated: 8/1/2022

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
Attorney ID #202039

LAW OFFICES OF EVERETT COOK, P.C.
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104
Phone:  610-351 3566
Fax:  610.351.3556
bankruptcy@everettcooklaw.com