Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17244-PMM**

LAWRENCE EDWARD  ROBINSON
125 WOODCREST CIR
ALLENTOWN  PA    18103-5832

Petition Filed Date: 10/25/2017
341 Hearing Date: 12/12/2017
Confirmation Date: 09/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $748.00 | 7642473000 | 06/03/2021 | $1,496.00 | 7714959000 | 07/19/2021 | $748.00 | 7819802000 |
| 08/18/2021 | $748.00 | 7887810000 | 10/07/2021 | $748.00 | | 10/12/2021 | $748.00 | |
| 11/16/2021 | $748.00 | | 12/15/2021 | $748.00 | | 01/18/2022 | $748.00 | |
| 02/15/2022 | $748.00 | | 04/18/2022 | $748.00 | | 05/16/2022 | $748.00 | |
| 06/15/2022 | $748.00 | | 07/15/2022 | $748.00 | | | | |

**Total Receipts for the Period:  $11,220.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $41,130.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SPECIALIZED LOAN SERVICING LLC »» 001 | Mortgage Arrears | $38,744.05 | $35,165.48 | $3,578.57 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $441.80 | $0.00 | $441.80 |
| 3 | SELENE FINANCE LP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 4 | SPECIALIZED LOAN SERVICING LLC »» 005 | Mortgage Arrears | $3,971.85 | $0.00 | $3,971.85 |

**Chapter 13 Case No. 17-17244-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,130.33 | Current Monthly Payment: | $748.00 |
| Paid to Claims: | $36,665.48 | Arrearages: | $748.00 |
| Paid to Trustee: | $3,518.98 | Total Plan Base: | $44,122.33 |
| Funds on Hand: | $945.87 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.