**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

    LAWRENCE EDWARD ROBINSON   :
                                                               :      Chapter 13
                                                               :      Case No. 17-17244-pmm

    Debtor(s)

**CERTIFICATE OF SERVICE**

I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtors' First Amended upon the creditors and parties-in-interested listed below:

| | |
|---|---|
| Standing Chapter 13 Trustee<br>Scott F. Waterman, Esquie<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA  19606 | Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 |

                                                     Respectfully submitted:

Dated:  9/7/2022                                Signed:/s/ Everett Cook
                                                          By: Everett Cook, Esq.
                                                          Attorney ID #202039

                                                          LAW OFFICES OF EVERETT COOK, P.C.
                                                          1605 N. Cedar Crest Blvd., Suite 520
                                                          Allentown, PA 18104
                                                          Phone:  610-351 3566
                                                          Fax:  610.351.3556
                                                          bankruptcy@everettcooklaw.com