# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| LAWRENCE EDWARD ROBINSON | : | |
| Debtor | : | Case No.: 17-17244 |
| | : | |
| | : | |

**HEARING TO BE HELD:**
Date: Thursday, October 6, 2022
Time: 11:00 a.m.
Place: United States Bankruptcy Court
201 Penn Street, Suite 103
Reading, PA 19601

## NOTICE OF MOTION TO MODIFY PLAN POST-CONFIRMATION

Everett Cook, Esquire, counsel for Debtor, has filed a Motion to Modify Plan Post-Confirmation.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before September 21st, 2022, you or your attorney must do ALL of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b) mail a copy to the Movants' attorney:

Everett Cook, Esquire
The Law Offices of Everett Cook, P.C.

1605 N. Cedar Crest Blvd, Suite 520
Allentown, PA  18104
610-351-3566

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on **October 6th, 2022 at 11:00am** in 201 Penn Street, Suite 103, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  9/7/2022