**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **Lawrence Edward Robinson** | : | |
| | : | |
| Debtor | : | Bky. No. 17-17244 PMM |

# O R D E R

**AND NOW,** HSBC Bank, USA, N.A. as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust filed a Motion for Relief from Stay (doc. #75) based on post-petition arrearages;

**AND** the parties reached a Stipulation (doc. #80) which provided for the filing of an Amended Plan which would include the post-petition arrearages;

**AND** the Court entered an Order (doc. #81) approving the Stipulation;

**AND** because the Debtor failed to file the Amended Plan as required by the Stipulation, the Chapter 13 Trustee moved to dismiss this case (doc. #84);

**AND** in response to the Motion to Dismiss, the Debtor filed a Motion to Modify Plan (doc. #92) to include post-petition arrearages;

**AND** for the reasons stated in open court, it is hereby **ORDERED** that

1. The Motion to Dismiss (doc. #84) is DENIED as moot as having been withdrawn on the record.

2. The Motion to Modify Plan (doc. #92) is DENIED as moot as having been withdrawn on the record.

3. The Order (doc. #81) approving the Stipulation regarding the Motion for Relief from Stay is **VACATED**.

4. The Motion for Relief from Stay regarding the Debtor's post-petition defaults (doc. #75) is immediately **GRANTED**.

5. The Chapter 13 Trustee shall move forward with the process of closing out this case.

Date: December 15, 2022

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE