United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lawrence Edward Robinson  
    Debtor

Case No. 17-17244-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lawrence Edward Robinson, 125 Woodcrest Cir, Allentown, PA 18103-5832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA  National Association As Trustee et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4 bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust |

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1

    jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com

JOHN EVERETT COOK
    on behalf of Debtor Lawrence Edward Robinson bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

ROBERT J. DAVIDOW
    on behalf of Creditor HSBC Bank USA National Association As Trustee et al robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA National Association As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
**Lawrence Edward Robinson** :
:
Debtor : Bky. No. 17-17244 PMM

# O R D E R

**AND NOW,** HSBC Bank, USA, N.A. as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust filed a Motion for Relief from Stay (doc. #75) based on post-petition arrearages;

**AND** the parties reached a Stipulation (doc. #80) which provided for the filing of an Amended Plan which would include the post-petition arrearages;

**AND** the Court entered an Order (doc. #81) approving the Stipulation;

**AND** because the Debtor failed to file the Amended Plan as required by the Stipulation, the Chapter 13 Trustee moved to dismiss this case (doc. #84);

**AND** in response to the Motion to Dismiss, the Debtor filed a Motion to Modify Plan (doc. #92) to include post-petition arrearages;

**AND** for the reasons stated in open court, it is hereby **ORDERED** that

1. The Motion to Dismiss (doc. #84) is DENIED as moot as having been withdrawn on the record.

2. The Motion to Modify Plan (doc. #92) is DENIED as moot as having been withdrawn on the record.

3. The Order (doc. #81) approving the Stipulation regarding the Motion for Relief from Stay is **VACATED**.

4. The Motion for Relief from Stay regarding the Debtor's post-petition defaults (doc. #75) is immediately **GRANTED**.

5. The Chapter 13 Trustee shall move forward with the process of closing out this case.

Date:   December 15, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE