United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17244-pmm |
| Lawrence Edward Robinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2023 | Form ID: 225 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lawrence Edward Robinson, 125 Woodcrest Cir, Allentown, PA 18103-5832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Mar 15 2023 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 15 2023 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA  National Association As Trustee et al bnicholas@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 15, 2023 | Form ID: 225 | Total Noticed: 3 |

    bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor HSBC Bank USA  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-4 Trust, Home Equity Asset-Backed Certificates 2005-4 bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JOHN EVERETT COOK
    on behalf of Debtor Lawrence Edward Robinson bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

ROBERT J. DAVIDOW
    on behalf of Creditor HSBC Bank USA  National Association As Trustee et al robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA  National Association As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                      Chapter: 13

      Lawrence Edward Robinson

Debtor(s)                                                                Case No: 17−17244−pmm

---

### *ORDER*

AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

AND, the Debtor(s) has/have not filed the required statement and/or certifications,

AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

                                                                                                   For The Court

3/15/23                                                                           Patricia M. Mayer

                                                                                     Judge ,United States Bankruptcy Court